# Court of Appeals
# of the State of Georgia

ATLANTA,  January 29, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0826. RANDALL J. WEBB v. CAPITAL ONE BANK (USA), N. A.**

Capital One Bank sued Randall and Karen Webb on an account. The trial court granted summary judgment to Capital One and issued a judgment for $1,831.03 plus costs in the amount of $310.00. The Webbs filed a motion to set aside, which the trial court denied. They then filed this direct appeal from the motion to set aside. We lack jurisdiction. Appeals from orders denying motions to set aside under OCGA § 9-11-60 (d) must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (8). The Webbs' failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See *MMT Enterprises, Inc. v. Cullars*, 218 Ga. App. 559, 561 (2) (462 SE2d 771) (1995).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  01/29/2015
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*